103 F.3d 112
 Jerry T. Grant
v.
Mary A. Grant, State of New Jersey, Burlington County
Superior Court, Chancery-Family Part, All Other Superior
Courts-Chancery Division, Family-Part and All Other
Divisions and/or Parts Thereof, Division of Youth and Family
Services of State of New Jersey, County of Ocean Branch,
Judge P.R. LeBon, J.S.C., Judge Bookbinder, J.S.C., Superior
Court, Chancery Division-Family Part, Judge Wells, A.J.S.C.,
Superior Court Burlington County, New
 NO. 95-5011
 United States Court of Appeals,
Third Circuit.
 Nov 13, 1996
 
 Appeal From: D.N.J., No. 94-06257,
 Thompson, J.
 
 
 1
 AFFIRMED.